IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BYRON JONES, )
         Plaintiff, )
)
vs. ) Civil Action No. 14-260J
) Judge Kim R. Gibson/
CASE MANAGER SPOSATO *Loretto* ) Magistrate Judge Maureen P. Kelly
*Camp* and COUNSELOR HITE *Loretto* )
*Camp*, ) Re: ECF No. 62
         Defendants. )

## **ORDER**

AND NOW, this 26th day of September 2017, after Plaintiff Byron Jones ("Plaintiff") filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendant Counselor Hite, ECF No. 62, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 66, and upon considerations of the Objections filed by Plaintiff, ECF No. 70, and upon independent review of the record, and upon consideration of the Magistrate Judge s Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 62, is GRANTED.

    IT IS FURTHER ORDERED that Defendant Sposato is terminated from the case.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

*[signature: Kim R. Gibson]*

Kim R. Gibson
United States District Judge

cc: The Honorable Maureen P. Kelly, Chief United States Magistrate Judge

BYRON JONES
09702-058
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Counsel of record via CM-ECF